February 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES L. DOYLE, Appellant

NO. 14-12-01049-CV                    V.

FLEMING & ASSOCIATES, L.L.P., Appellee

_____

Today the Court heard the parties' joint motion to reverse the judgment signed by the court below on August 20, 2012. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court for proceedings in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.